**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|                          |   |                       |
|--------------------------|---|-----------------------|
| **Hashim Farlow,**       | : | No.   **3:20-cv-0349** |
| **Plaintiff**            | : |                       |
|                          | : |                       |
| **v.**                   | : |                       |
|                          | : |                       |
| **B. Conway,**           | : |                       |
| **Defendant**            | : |                       |
|                          | : |                       |

## JUDGMENT

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendant, B. Conway and against Plaintiff, Hashim Farlow.

Dated:   **December 23, 2021**

**Peter J. Welsh**
Clerk of Court

by s/ Ed Petroski
Deputy Clerk